IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR189 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| MATTHEW NEWINGHAM, | ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the unopposed motion of the Defendant to modify the conditions of release, Filing No. 21.  The Court, being fully advised in the premises, finds that the motion should be granted.  Therefore, the Defendant's conditions of release are amended as follows:

1. The Court directs that the condition of GPS Location Monitoring as directed by the probation officer is removed.

2. All other conditions of release included in the judgment of this Court shall remain in full force and effect.

Dated this 9th day of April, 2015.

BY THE COURT:

s/Joseph F. Bataillon_____
The Honorable Joseph F. Bataillon
Senior United States District Judge