IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR189 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW JAMES NEWINGHAM, | |
| Defendant. | |

Defendant Matthew James Newingham appeared before the court on Monday, November 9, 2015 on a Petition for Warrant for Offender Under Supervision [33]. The defendant was represented by Assistant Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision and is not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 18, 2015 at 3:30 p.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 10th day of November, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge